# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1743

_____

Avery D. Williams,

            Appellant,

    v.

Larry Norris, Director, Arkansas
Department of Correction; Perry,
Major, Chief of Security, North
Central Unit; Steve Lively,
Disciplinary Hearing Officer, North
Central Unit; Larry May, Warden/
Center Supervisor, North Central
Unit; David Guntharp, Grievance
Administrator, Central Office,

            Appellees.

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[PUBLISHED]

_____

Submitted: April 7, 1999
Filed: May 14, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
    Judges

_____

PER CURIAM.

      Avery D. Williams, an Arkansas inmate, appeals from the district court's order
dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies

as required under 42 U.S.C. § 1997e(a). Williams had claimed that Arkansas Department of Correction officials violated his constitutional rights and his rights under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb-2000bb-4, by imposing a grooming policy which prohibited Williams--a Rastafarian--from wearing his hair in "dreadlocks." We conclude the district court improperly granted defendants' motion to dismiss, as the record demonstrates that Williams's grievance had been denied by the Warden and the Assistant Director at the time the court ruled. Accordingly, we reverse and remand to allow Williams an opportunity to proceed on his claims.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.